Boyd *et al. v.* Black School Township.

Filed May 16, 1890.

---

No. 14,092.

BOYD ET AL. *v.* BLACK SCHOOL TOWNSHIP.

From the Posey Circuit Court.

*E. D. Owen* and *F. P. Leonard,* for appellants.

MITCHELL, C. J.—The questions involved in this appeal are substantially the same as those determined in *Boyd* v. *Black School Township, ante,* p. 1. For the reasons given in the opinion in the case referred to the judgment rendered in the above entitled cause is affirmed, with costs.

Filed March 20, 1890.